**Order entered September 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01187-CV

### PERKINS & WILL, INC., ET AL., Appellants

### V.

### TIC N. CENTRAL DALLAS, 3, LLC, ET AL., Appellees

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-02857-E**

## ORDER

The Court has before it the parties' August 28, 2013 agreed motion to consolidate with case no. 05-13-01021-CV. The Court **GRANTS** the motion. We **CONSOLIDATE** this appeal, cause no. 05-13-01187-CV, with and under the appellate cause no. 05-13-01021-CV, styled *TIC N. Central Dallas 3, LLC, et al. v. Envirobusiness, Inc., et al..* The Court **ORDERS** the Clerk of the Court to remove all documents from file number 05-13-01187-CV and to refile them in cause no. 05-13-01021-CV and to treat 05-13-01187-CV as a closed case.

/s/     ELIZABETH LANG-MIERS
        JUSTICE